O/JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SA CV07-0780-DOC(MLGx)  Date: October 22, 2008

Title: ROBERT RODRIGUEZ -V- ERIC JOHN KAESMAN

---

DOCKET ENTRY
 [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
 Date:_____ Deputy Clerk: _____

---

PRESENT:  THE HONORABLE DAVID O. CARTER, JUDGE

 Kristee Hopkins   Not Present
 Courtroom Clerk   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

 NONE PRESENT  NONE PRESENT

---

PROCEEDING (IN CHAMBERS): GRANTING MOTION TO STAY PROCEEDINGS PENDING OUTCOME OF PEOPLE V. COX AND DENYING REQUEST FOR MONETARY SANCTIONS

 Before the court is Defendant's Motion to Stay Proceedings Pending Outcome of People v. Cox and the Request for Fees and Costs Associated With Bringing this Motion. The Court finds the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local R. 7-15. After considering the papers, the Court hereby GRANTS the motion to stay. The Court DENIES Defendant's Request for Monetary Sanctions Against Mr. Arouty in the amount of $1,680.00.

 Court now orders this matter inactivated statistically. The parties shall submit a Status Report of Stayed Action within 30 days of the date of this order, and every 60 days thereafter. The parties are further ORDERED to appear before the Court for Status Conference re: Stay on April 20, 2009 at 8:30 a.m. If the People v. Cox matter concludes prior to the date of the Status Conference, parties are directed to file a request and proposed order when it is appropriate to restore this matter to the Court's active caseload.

 The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC  Initials of Deputy Clerk _kh_
CIVIL - GEN  Page 1 of 1