1  David D. Lawrence, Esq. [State Bar No. 123039]
   E-Mail: dlawrence@lbaclaw.com
2  Christina M. Sprenger, Esq. [State Bar No. 205105]
   E-Mail: csprenger@franscell.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   1600 North Broadway, Suite 1010
4  Santa Ana, California 92706
   Telephone No. (714) 479-0180
5  Facsimile No. (714) 479-0181

6  Attorneys for Defendant,
   ERIC JOHN KAESMAN

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODRIGUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC JOHN KAESMAN, and DOES 1 -100,<br><br>          Defendant(s). | Case No. SACV 07-780 DOC (MLGx)<br><br>**ORDER RE:**<br><br>  **1) DISMISSING SUIT WITH PREJUDICE; AND**<br>  **2) WAIVING ATTORNEYS' FEES AND COSTS**<br><br>[Fed.R.Civ.P., Rule 41(a)(1)(ii)]<br><br>*[Stipulation filed Concurrently herewith]*<br><br>**MATTER FOR DETERMINATION BY THE HONORABLE DAVID O. CARTER** |

1
[PROPOSED] ORDER RE DISMISSAL

**O R D E R**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the foregoing Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), the claims of Plaintiff in the foregoing matter are hereby dismissed in their entirety with prejudice, pursuant to the Stipulation entered herewith as to all Defendants, as well as Defendants' past, present and future officers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

IT IS FURTHER DECREED that each party has waived all claims for attorneys' fees and costs under 42 U.S.C. 1988 or any other provision of law.

**IT IS SO ORDERED.**

Dated: August 25, 2010    _____
                                                    HONORABLE DAVID O. CARTER